### 16915. DERRESAW *v.* THE STATE.

BROYLES, C. J. The evidence tending to show the guilt of the accused was wholly circumstantial and was not sufficient to exclude every reasonable hypothesis save that of his guilt.
                    *Judgment reversed. Luke and Bloodworth, JJ., concur.*
                         DECIDED JANUARY 12, 1926.

Conviction of larceny; from city court of Wrightsville—Judge Blount. October 24, 1925.

C. S. Claxton, for plaintiff in error.
J. Roy Rowland, solicitor, contra.